**Order entered January 16, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01752-CV

**LEN-MAC DEVELOPMENT CORP., Appellant**

**V.**

**WEEKLEY HOMES, L.P. D/B/A DAVID WEEKLEY HOMES, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-01696-B**

## ORDER

We **GRANT** appellant's December 30, 2013 motion for an extension of time to file a notice of appeal. The notice of appeal filed by appellant in the trial court on December 26, 2013 is deemed timely for jurisdictional purposes.

/s/     ADA BROWN
         JUSTICE